**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

WILLIAM F. CARADINE/ASSABUR, PLAINTIFF
ADC #90785

v. 4:11-cv-00028-JMM-JJV

FRANKIE'S CAFETERIA, INC. DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Memorandum and Order would not be taken in good faith.

DATED this 4th day of March, 2011.

 _____
 JAMES M. MOODY
 UNITED STATES DISTRICT JUDGE

1